PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Braddy Johnson  **Docket Number:** 10-00115-001
 **PACTS Number:** 50690

**Name of Sentencing Judicial Officer:** HONORABLE GEORGE P. KAZEN
UNITED STATES DISTRICT JUDGE, Southern District of Texas

**Jurisdiction Transferred from SD/TX to D/NJ:** 02/23/10

**Name of Current Judicial Officer:** HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 08/27/2008

**Original Offense:** Conspiracy to Transport an Undocumented Alien within the United States by Means of a Motor Vehicle for Private Financial Gain in violation of Title 8 U.S.C. § 1324(a)(1)(B) (2 counts)

**Original Sentence:** 24 months imprisonment

**Type of Supervision:** supervised release (36 months)  **Date Supervision Commenced:** 09/08/09
**Special Conditions:** None

**Assistant U.S. Attorney:** To be Assigned, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** To be Assigned, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender has failed to report to the U.S. Probation Office as instructed on April 28, May 5, August 20, August 25, September 27, October 7 and October 12, 2010. He has also failed to submit monthly supervision reports for July, August and September 2010. In July 2010, he submitted his monthly supervision reports for September through December 2009 and January through June 2010, following numerous requests by the undersigned officer to submit as instructed. |

| | |
|---|---|
| 2 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On April 28, 2011, the offender was arrested by Roselle, New Jersey Police, following a complaint of a theft of a motor vehicle at "On Time Ambulance," located at 135 East Highland Parkway in Roselle. On July 20, 2011, Johnson pled guilty to a one-count Accusation (11-07-856), charging him with fourth degree theft by unlawful taking. On September 23, 2011, Johnson appeared before the Honorable Frederic McDaniel in New Jersey Superior Court, Union County, at which time, he was sentenced to one year with the New Jersey Department of Corrections. He earned 148 days jail time credit and was fined $155. |
| 3 | The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Since commencement of his supervised release term, the offender has failed to secure and maintain gainful, legitimate employment despite numerous efforts by the undersigned officer to assist him. |
| 4 | The offender has violated the standard supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $2,000 and a $200 special assessment**'

At the sentencing hearing held on August 27, 2008, the offender was ordered to pay a $2,000 fine, as well as, a $200 special assessment. While in custody, the offender paid $75 toward the fine. Since his commencement of supervised release on September 8, 2009, he has not submitted a single payment. His current balance is $2,125. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth A. Villa
Sr. U.S. Probation Officer
Date: 2/27/12

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer
Esther Salas, U.S.D.J.

2/27/12
Date