# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Braddy Johnson  **Docket Number:** 10-00115-001
                                      **PACTS Number:** 50690

**Name of Sentencing Judicial Officer:** HONORABLE GEORGE P. KAZEN
UNITED STATES DISTRICT JUDGE, Southern District of Texas

**Jurisdiction Transferred from SD/TX to D/NJ:** 02/23/2010

**Name of Current Judicial Officer:** HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 08/27/2008
**Date of Violation of Supervised Release Hearing:** 03/14/2012

**Original Offense:** Conspiracy to Transport an Undocumented Alien within the United States by Means of a Motor Vehicle for Private Financial Gain in violation of Title 8 U.S.C. § 1324(a)(1)(B) (2 counts)
**Violation Offense:** Sustained a new state conviction: Theft by Deception

**Original Sentence:** 24 months imprisonment
**Violation Sentence:** Supervised Release continued with six (6) months home confinement and weekends in a Community Confinement Center
**Type of Supervision:** supervised release (36 months)   **Date Supervision Commenced:** 09/08/09
**Special Conditions:** Drug Treatment and Counseling

**Assistant U.S. Attorney:** Andrew Pak, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700
**Defense Attorney:** Thomas Young, 840 Cooper Street, Suite 350, Camden, New Jersey 08102, (609) 757-5341

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender failed to report to the U.S. Probation Office as instructed following his violation of supervised release hearing before Your Honor on March 14, 2012. The U.S. Probation Office mailed Johnson a letter to the last known address on record instructing him to report on March 26, 2012. He failed to report. As of this writing, the offender's whereabouts are unknown. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth A. Villa
Sr. U.S. Probation Officer
Date: 3/27/12

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer
HON. FAITH S. HOCHBERG, U.S.D.J.

4/2/12
Date